IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

      Plaintiff,                        No. CIV S-02-2279 FCD KJM P

      vs.

COX, et al.,

      Defendants.              ORDER

_____/

      Plaintiff has filed his second request for an extension of time to file and serve objections to the court's March 7, 2005 findings and recommendations. Good cause appearing, the request will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's May 13, 2005 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the court's March 7, 2005 findings and recommendations.

DATED: June 1, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

1/kf/keet2279.36a