1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TOMMY ROY KEETON,

11              Plaintiff,                    No. CIV S-02-2279 FCD KJM P

12        vs.

13   COX, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner proceeding with an action for violation of civil rights

17   under 42 U.S.C. § 1983.  On March 7, 2005, the court recommended that this action be dismissed

18   for plaintiff's failure to exhaust administrative remedies prior to filing suit.  On June 27, 2005,

19   plaintiff filed a document titled "Second Amended Complaint."   Plaintiff has not filed a motion

20   seeking leave to amend, nor provided any reason why leave to amend should be granted under

21   Rule 15 of the Federal Rules of Civil Procedure.

22   /////

23   /////

24   /////

25   /////

26   /////

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 27, 2005 "Second Amended Complaint" be placed in the court's file and disregarded.

DATED:  August 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
keet2279.sac