IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                        No. CIV S-02-2279 FCD KJM P

    vs.

COX, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 7, 2005, the magistrate judge assigned to this case filed findings and recommendations herein which were served on all parties and which contained notice to all parties that they could file objections to the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

---

[1] With his objections, plaintiff filed a motion to vacate judgment. The court does not address this as, at the time the motion was filed, judgment had not been entered.

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

      1. The findings and recommendations filed March 7, 2005, are adopted in full;

      2. Defendant Ramirez's May 3, 2004 motion to dismiss is granted; and

      3. This action is dismissed without prejudice for plaintiff's failure to exhaust administrative remedies with respect to his claims prior to filing suit.

DATED: August 19, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge