IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

        Plaintiff,                   No. CIV S-02-2279 FCD KJM P

    vs.

COX, et al.,

        Defendants.             ORDER

                             /

        On October 3, 2005, plaintiff filed several documents. This civil rights action was closed on August 22, 2005. Good cause appearing, IT IS HEREBY ORDERED that the documents filed by plaintiff on October 3, 2005 shall be placed in the court's file and disregarded. Plaintiff is informed that no orders will issue with respect to any future filings in this case.

DATED: October 25, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

1
keet2279.58